[No. 40736-1-II.   Division Two.   February 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. VERDON ISAAKO MALO, *Appellant*.

*Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall, J.; Armstrong, J., dissenting.

[No. 40765-5-II.   Division Two.   February 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN EDWARD BRIDGES, *Appellant*.

*Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Van Deren and Worswick, JJ.

[No. 41011-7-II.   Division Two.   February 22, 2012.]

THE CITY OF GIG HARBOR, *Plaintiff*, v. MARIA L. WILKINSON ET AL., *Defendants*, DARRELL RODMAN, *Appellant*, THOMAS DICKSON, *Respondent*.

*Reversed* and *remanded* by unpublished opinion per Johanson, J., concurred in by Hunt and Van Deren, JJ.